**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jose Arturo CISNEROS–RAMIREZ,
aka Primo and Arturo Cisneros–
Ramirez, Defendant–Appellant.**

No. 08–50223.

United States Court of Appeals,
Ninth Circuit.

Submitted July 14, 2009.*

Filed July 21, 2009.

Scott Michael Lesowitz, Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Debra Ann Diiorio, Law Office of Debra Diiorio, San Diego, CA, for Defendant–Appellant.

Before: SCHROEDER, THOMAS, and WARDLAW, Circuit Judges.

MEMORANDUM **

Jose Arturo Cisneros–Ramirez appeals from the 240–month sentence imposed following his guilty-plea conviction for conspiracy to distribute 50 grams and more of methamphetamine and for laundering monetary instruments, in violation of 21

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

U.S.C. §§ 841(a)(1) and 846, and 18 U.S.C. § 1956(h). We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Cisneros–Ramirez contends his sentence is unreasonable because the district court improperly weighed some of the factors set forth in 18 U.S.C. § 3553(a). The district court did not procedurally err and the sentence is not substantively unreasonable. *See Gall v. United States,* 552 U.S. 38, 128 S.Ct. 586, 169 L.Ed.2d 445 (2007); *United States v. Carty,* 520 F.3d 984, 990–93 (9th Cir.2008) (en banc).

**AFFIRMED.**